# Court of Appeals
# of the State of Georgia

ATLANTA, November 14, 2012

*The Court of Appeals hereby passes the following order*

**A13D0093. YONG Y. YANG v. EAST TRANSPORTATION, INC., et al .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2012CV215875



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, November 14, 2012.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*